PHILLIP A. TALBERT
United States Attorney
LYNN TRINKA ERNCE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $70,000.00 SEIZED FROM CHASE BANK ACCOUNT NUMBER 9343714245, HELD IN THE NAME OF RICHARD A. ABRUSCI DBA RESOLUTION ARRANGEMENT SERVICES,<br><br>APPROXIMATELY $38,582.49 SEIZED FROM TD AMERITRADE ACCOUNT NUMBER 756-362930, HELD IN THE NAME OF RICHARD ABRUSCI,<br><br>APPROXIMATELY $3,061.65 SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 6214166578, HELD IN THE NAMES OF RICHARD ABRUSCI AND KENICHIRO HELLER,<br><br>APPROXIMATELY $2,194.88 SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 8369598159, HELD IN THE NAME OF RICHARD ABRUSCI,<br><br>APPROXIMATELY $383.22 SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 3171291978, HELD IN THE NAME OF PALM HOUSING, LLC, | CASE NO.<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

APPROXIMATELY $274.06 SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 5572048543, HELD IN THE NAME OF RICHARD ABRUSCI, and

APPROXIMATELY $88.20 SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 5271925306, HELD IN THE NAME OF RICHARD ABRUSCI,

Defendants.

It is hereby stipulated by and between the United States of America, by and through its undersigned counsel and claimant Richard Abrusci ("Abrusci" or "claimant"), appearing *in propria persona*, as follows:

1. On or about May 23, 2023, claimant Richard Abrusci filed a claim in the administrative forfeiture proceedings with the Internal Revenue Service with respect to the Approximately $70,000.00 seized from Chase Bank Account Number 9343714245, held in the name of Richard A. Abrusci dba Resolution Arrangement Services, Approximately $38,582.49 seized from TD Ameritrade Account Number 756-362930, held in the name of Richard Abrusci, Approximately $3,061.65 seized from Wells Fargo Bank Account Number 6214166578, held in the names of Richard Abrusci and Kenichiro Heller, Approximately $2,194.88 seized from Wells Fargo Bank Account Number 8369598159, held in the name of Richard Abrusci, Approximately $383.22 seized from Wells Fargo Bank Account Number 3171291978, held in the name of Palm Housing, LLC, Approximately $274.06 seized from Wells Fargo Bank Account Number 5572048543, held in the name of Richard Abrusci, and Approximately $88.20 seized from Wells Fargo Bank Account Number 5271925306, held in the name of Richard Abrusci (hereafter "defendant funds"), which were seized on February 1, 2023.

2. The United States represents that the Internal Revenue Service has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant funds as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is August 21, 2023.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to November 20, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture shall be extended to November 20, 2023.

Dated: August 2, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ Lynn Trinka Ernce
LYNN TRINKA ERNCE
Assistant U.S. Attorney

Dated: 28 July, 2023

RICHARD ABRUSCI
Claimant
Appearing *in propria persona*
P.O. Box 10626
South Lake Tahoe, CA 96158

**IT IS SO ORDERED.**

Dated: _____

_____
UNITED STATES DISTRICT JUDGE